FILED
 2014 Jan-31  PM 03:20
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| A.D., a minor who sues by and through her mother and next friend, MEEKA McGHEE, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | Case No. 2:10-cv-00311-CLS ) ) |
| ALABAMA DEPARTMENT OF HUMAN RESOURCES, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

On March 11, 2013, the magistrate judge's report and recommendation was entered, and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 25, 2013, defendants Lori McCullough and Ashley Wilson filed objections to the magistrate judge's report and recommendation, accompanied by exhibits. At the court's direction, plaintiff filed a response to the objections. Based on the objections and the additional evidence filed by defendants, the magistrate judge entered a supplemental report and recommendation on May 9, 2013, and the parties were allowed therein fourteen (14) days in which to file objections to the supplemental

recommendations made by the magistrate judge. On May 23, 2013, plaintiff filed objections to the magistrate judge's supplemental report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and defendants' objections thereto, the magistrate judge's supplemental report and recommendation and plaintiff's objections thereto, the court hereby ADOPTS the reports of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge as to defendants Alabama Department of Human Resources; Nancy Buckner, Director of Alabama Department of Human Resources, in her individual capacity; the Jefferson County Department of Human Resources; and Amanda Rice, Director of Jefferson County Department of Human Resources, individually, that the motion for summary judgment of these defendants be granted and this action dismissed with prejudice as to these defendants. The court further ACCEPTS the supplemental recommendations of the magistrate judge as to defendants Lori McCullough and Ashley Wilson, that the motion for summary judgment filed by these defendants be granted and this action dismissed with prejudice as to these defendants. The court further ACCEPTS the supplemental recommendations of the magistrate judge, that plaintiff's claims against NeKeshia Wyatt and Marco Clarence Wyatt be dismissed without prejudice for lack of prosecution.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 31st day of January, 2014.

_____
United States District Judge